**Opinion issued October 16, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00465-CV

———————————

**CAROLYN SOVANN, Appellant**

**V.**

**RESIDENCE AT GARDEN OAKS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1110183**

---

## MEMORANDUM OPINION

Appellant, Carolyn Sovann, has failed to timely file a brief.  *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond.  *See id.* 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution.  *See id.* 38.8(a), 42.3(b).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.